IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT THOMAS, #600234 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-552 |
| | § | |
| DOUG DRETKE, DIRECTOR | § | |
| OF TDCJ-CID | § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on October 19, 2005. Petitioner has failed to file his Objections after being given ample time to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Robert Thomas (Instrument No. 1) is **DISMISSED** for the reasons stated in the Report and Recommendation.

**DONE** at Galveston, Texas this 1st day of December, 2005.

Samuel B. Kent
United States District Judge